# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 1:04CR00255-001 |
| **Plaintiff,** | ) | JUDGE: JAMES S. GWIN |
| vs. | ) | ORDER |
| **AUNDRA COATS,** | ) | |
| **Defendant.** | ) | |

This matter was heard on August 22, 2019 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Timothy C. Ivey.

The violation report was referred to Magistrate Judge Jonathan D. Greenberg who issued a Report and Recommendation on August 6, 2019 [Doc. 65]. No objections having been filed the Court adopted the Magistrate Judge's Report and Recommendation and found that the following terms of supervision had been violated:

    1) new law violation incurred September 4, 2018;

    2) failure to notify probation officer of arrest.

The Court found the violations to be Grade C and that defendant was a Criminal History Category III.

Upon consideration from statements from the parties, the Court continued defendant's

term of supervision under the same conditions previously imposed and with the additional condition that he be placed in community control sanction for a period of five months. Defendant shall have release privileges for work, to receive medical treatment, and to attend religious services but shall otherwise remain at the facility. The Court waives the subsistence fee.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio until placed in an appropriate facility.

**IT IS SO ORDERED.**


Dated: August 28, 2019               *s/   James S. Gwin*
                                     JAMES S. GWIN
                                     UNITED STATES DISTRICT JUDGE